IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

```
ROBERT J. MICHEAU,            )
                              )
Petitioner,                   )
                              )
vs.                           )     NO. 1:07-CV-292
                              )
SUPERINTENDENT,               )
                              )
Respondent.                   )
```

OPINION AND ORDER

This matter is before the Court on the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (D.E. # 1) filed November 19, 2007, by the Petitioner, Robert J. Micheau. For the reasons set forth below, this Habeas Corpus Petition is **DISMISSED** for lack of jurisdiction as to the challenged Texas proceeding and **DISMISSED WITHOUT PREJUDICE** as to the challenged Indiana proceeding.

BACKGROUND

Robert J. Micheau, a *pro se* prisoner, filed a habeas corpus petition in *Micheau v. Superintendent*, 1:07-CV-158 (N.D. Ind. filed July 5, 2007) which attempted to challenge several different proceedings. In response, this court informed him that he could only challenge one proceeding in a habeas petition and afforded him the opportunity to file multiple petitions if he sought to challenge different proceedings. This is one of the three additional cases that he then filed.

DISCUSSION

Despite having been told that he could only challenge one proceeding in each habeas corpus petition, Micheau has nevertheless listed two distinct proceedings in this petition.

    (TX) 26th Judicial District, Williamson County, TX
    (IN) Jay County Circuit Court, Portland, IN

Petition at ¶ 1(a), D.E. # 1 at 1.

    (TX) 90-178-K26
    (IN) 38C01-0706-FB-4

Petition at ¶ 1(b), D.E. # 1 at 1. "A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court." Rule 2(e) of the Rules Governing § 2254 Cases.

Furthermore, Micheau has already separately challenged both of these convictions. On the same day that he filed this habeas corpus petition he filed two others. In *Micheau v. Superintendent*, 1:07-CV-290 (N.D. Ind. filed November 19, 2007), he challenged the Indiana proceeding from Jay County, but that petition was dismissed without prejudice because he has not yet presented any claims related to that proceeding in the state courts. In *Micheau v. Superintendent*, 1:07-CV-291 (N.D. Ind. filed November 19, 2007), he challenged the Texas proceeding from Williamson County, but that petition was dismissed for lack of jurisdiction because it was a

2

second and successive petition. Therefore this habeas corpus petition must be dismissed.

CONCLUSION

For the reasons set forth above, this Habeas Corpus Petition is **DISMISSED** for lack of jurisdiction as to the challenged Texas proceeding and **DISMISSED WITHOUT PREJUDICE** as to the challenged Indiana proceeding.

**DATED: April 3, 2008**                /s/RUDY LOZANO, Judge
                                        **United State District Court**